BERNARD J. KORNBERG (State Bar No. 252006)
MARK D. LONERGAN (State Bar No. 143622)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 677-5664
Email: bjk@severson.com

Attorneys for Defendants
Wells Fargo Bank, N.A., and Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF1 Asset-Backed Certificates, Series 2006-WF1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Lofton Ryan Burris,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Wells Fargo Bank, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 2:14-cv-00114-GAF(JCx)<br>Hon. Gary E. Fees<br>Ctrm. 740 - Roybal<br><br>**Judgment of Dismissal**<br><br>[Filed Concurrently With Motion to Dismiss]<br><br>**Date:　　May 19, 2014**<br>**Time:　　9:30 a.m.**<br>**Ctrm.:　　740**<br><br>Trial Date: Not Set |

./.1

1

JUDGMENT OF DISMISSAL

Upon consideration of defendants Wells Fargo Bank, N.A., and Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-WF1 Asset-Backed Certificates, Series 2006-WF1's motion to dismiss plaintiff Lofton Ryan Burris's ("**Plaintiff**") action for failure to timely amend his complaint, plaintiff's opposition, if any, and the pleadings and files in this case, and finding that service of the motions was proper, and for the reasons articulated on the record and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff's action is dismissed and judgment in this proceeding is hereby entered in favor of defendants.

DATED: May 9, 2014

_____
Gary A. Feess

./.1

JUDGMENT OF DISMISSAL